**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN CHRISTIAN GELIN,<br><br>*Defendant* | No. 26-cr-00157-1 (CBA) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant John Christian Gelin. I certify that I am admitted to practice in this Court.

Dated: August 5, 2026
New York, New York

C. Alvarez

Cristina Alvarez

BLOCH & WHITE LLP
90 Broad Street, Suite 703
New York, New York 10004
Telephone: (646) 780-8055
calvarez@blochwhite.com

*Counsel for John Christian Gelin*