UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 9/18/26 TIME: 12:00pm (45 minutes)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #:CR26-00157

DEFENDANT: John Christian Gelin -b ATTORNEY: Elizabeth E Macedonio, Esq.

DEFENDANT: Heather Marquez-b ATTORNEY: Nicholas David Smith, Esq.

DEFENDANT: Kaolee Vang-Thao-b ATTORNEY: Arthur K. Womble, Jr., Esq.

ASSISTANT U.S. ATTORNEY: James R. Simmons

COURT REPORTER: Linda Marino

INTERPRETER: 0

PROBATION OFFICER:

PRETRIAL OFFICERS: DEPUTY: T. Campbell

Conference held.
The govt said there is no further Rule 16 discovery that needs to be produced.
The govt stated that this is a complex fraud case.
Voluminous bank records.
Deft 2 was apprehended in Panama and awaiting extradition.
Defendants' 3 & 4 made an oral application to appear via video; Application GRANTED.
OED ent'd (Reviewing discovery & start plea discussions).
Further Status Conference is set for 10/29/26 at 10:00AM.