BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (646) 780-8055
DIRECT E-MAIL: CALVAREZ@BLOCHWHITE.COM

October 28, 2026

**By ECF**
The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *United States v. John Christian Gelin, et al*. Case No. 26-CR-157 (CBA)**

Dear Judge Amon,

The parties write to jointly request an adjournment of the status conference currently scheduled for tomorrow, October 29, 2026, to a date convenient for the Court after December 18, 2026. The parties request an adjournment of the conference to allow additional time for the production and review of discovery and to permit the parties to continue pre-trial negotiations. The parties request a date after December 18, 2026 because counsel for Mr. Gelin is scheduled to be on trial through December 18, 2026 and counsel for the Government expects to be on trial through the first week of December.

The parties further consent to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161-74, from October 29, 2026 until the date of the next status conference. The parties submit that the requested exclusion of time would serve the ends of justice by facilitating discussions as to the dispositions of this matter as well as the production and review of voluminous discovery. The parties jointly submit that the requested exclusion of time would outweigh the interests of the public and the defendants in a speedy trial. Counsel for all parties join in this application.

We thank the Court for its attention to this matter.

Respectfully submitted,

C. Alvarez

Cristina Alvarez, Esq.
Bloch & White LLP
90 Broad Street, Suite 703
New York, NY 10004
calvarez@blochwhite.com
(646) 780-8055

Elizabeth E. Macedonio, Esq.
52 Duane Street, 7th Floor
New York, NY 10007
emacedonio@yahoo.com
(917) 533-5965